No. 99–9564. Proctor v. Arizona. Ct. App. Ariz. Certiorari denied.

No. 99–9580. Zackular v. United States. C. A. 1st Cir. Certiorari denied. 

No. 99–9584. Register v. United States. C. A. 11th Cir. Certiorari denied. 

No. 99–9586. Blackmore v. United States. C. A. 5th Cir. Certiorari denied. 

No. 99–9590. Daniels v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–9596. Frazier v. United States. C. A. 4th Cir. Certiorari denied. 

No. 99–9597. Hernandez v. United States. C. A. 8th Cir. Certiorari denied. 

No. 99–9613. Walker v. United States. C. A. 2d Cir. Certiorari denied. 

No. 99–9617. Alarcon v. United States. C. A. 5th Cir. Certiorari denied. 

No. 99–9623. Lones et al. v. United States. C. A. 4th Cir. Certiorari denied. 

No. 99–9624. Joy v. United States. C. A. 7th Cir. Certiorari denied. 

No. 99–9642. Weatherford v. United States. C. A. 11th Cir. Certiorari denied. 

No. 99–9643. Perez-Hinojosa v. United States. C. A. 9th Cir. Certiorari denied. 

No. 99–1388. Phelps Dodge Corp. et al. v. United States et al.; and

No. 99–1389. Salt River Valley Water Users' Assn. et al. v. United States et al. Sup. Ct. Ariz. Motion of Mountain States Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. Justice O'Connor took no part in the consideration or decision of this motion and these petitions. Reported below: 195 Ariz. 411, 989 P. 2d 739.